**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03688-SKC-SBP

DENIS ALEMAN HERNANDEZ,

  Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora Contract Detention Facility,
ROBERT HAGAN, in his official capacity as Field Office Director, Denver Field Office of U.S. Immigration and Customs Enforcement,
TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, and
PAM BONDI, in her official capacity as Attorney General of the United States,

  Respondents.

---

**FINAL JUDGMENT**

---

  In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

  Pursuant to the Order (ECF No. 25) entered by U.S. District Judge S. Kato Crews on February 18, 2026, it is

  ORDERED that judgment is entered in favor of Petitioner and against Respondents.  It is

  FURTHER ORDERED that this case is closed.

  DATED:  February 18, 2026.

        FOR THE COURT:
        Jeffrey P. Colwell, Clerk


        By:   s/C. Pearson, Deputy Clerk